UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Healix, Inc.

                Plaintiff,

v.

Gone Off Deep, LLC, et al.

                Defendant.

TYPE OF CASE:      Civil

Case No.: 4:11–cv–03928
Judge Keith P Ellison

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/19/12

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference
Notice Regarding Initial Conference – #5

Date:    November 29, 2011

                                                              David J. Bradley, Clerk