IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEALIX, INC., | § | |
| *Plaintiff,* | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:11-CV-03928 |
| GONE OFF DEEP, LLC d/b/a GAMECOCK MEDIA GROUP and SOUTHPEAK INTERACTIVE, LLC, | § § § § | |
| *Defendants.* | § § | |

## DEFENDANTS' CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Gone Off Deep, LLC d/b/a Gamecock Media Group and SouthPeak Interactive, LLC, Defendants in the above styled and numbered cause, and pursuant to this Court's Order, file this their Certificate of Financially Interested Parties.

1. Healix, Inc. (Plaintiff)

2. TimeGate Studios, Inc. (Judgment Debtor in related Civil Action No. 4:09-CV-03958)

3. Gone Off Deep, LLC d/b/a Gamecock Media Group (Defendant)

4. SouthPeak Interactive LLC (Defendant)

5. SouthPeak Interactive Corporation (Interested Non-Party)

6. Vid Sub, LLC (Interested Non-Party)

DEFENDANTS' CERTIFICATE OF FINANCIALLY INTERESTED PARTIES – PAGE 1 OF 1

Respectfully submitted,

WEST SHORT & ASSOCIATES, P.C.

By: /s/ N. West Short
N. West Short
Texas Bar No. 00788407

313 W. 10th Street
Georgetown, Texas 78626
512.864.3911
512.864.3966 (Fax)

**ATTORNEYS FOR DEFENDANTS
GONE OFF DEEP, LLC d/b/a
GAMECOCK MEDIA GROUP and
SOUTHPEAK INTERACTIVE, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2011, a true and correct copy of the foregoing **DEFENDANTS GONE OFF DEEP, LLC d/b/a GAMECOCK MEDIA GROUP'S and SOUTHPEAK INTERACTIVE, LLC'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES** has been sent by electronic mail through ECF filing in accordance with the FEDERAL RULES OF CIVIL PROCEDURE and the RULES OF THE SOUTHERN DISTRICT OF TEXAS to the following counsel of record:

Christopher V. Popov
VINSON & ELKINS, L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
713.758.2636
713.615.5033 (Fax)
*Attorneys for Plaintiff Healix, Inc.*

/s/ N. West Short
N. West Short