IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEALIX, INC., and<br>HEALIX INFUSION THERAPY, INC.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>GONE OFF DEEP, LLC, dba<br>GAMECOCK MEDIA GROUP AND<br>SOUTHPEAK INTERACTIVE, LLC,<br><br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:11-cv-3928 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's standing Order to Disclose Interested Persons and to Federal Rule of Civil Procedure 7.1, Plaintiffs certify that the following entities have a financial interest in the outcome of this case:

1. Healix, Inc. (Plaintiff)

2. Healix Infusion Therapy, Inc. (Plaintiff)

3. Gone Off Deep, LLC d/b/a Gamecock Media Group (Defendant)

4. Southpeak Interactive, LLC (Defendant)

Plaintiffs certify that the following attorneys are interested in this case:

1. Christopher V. Popov, Vinson & Elkins, LLP (Plaintiff's Counsel)

2. N. West Short, West Short & Associates, PC (Defendants' Counsel)

In addition, pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs certify that Healix, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its

stock. Healix, Inc. is the parent corporation of Healix Infusion Therapy, Inc. No publicly held corporation owns 10% or more of the stock of Healix Infusion Therapy, Inc.

                Respectfully submitted,

                VINSON & ELKINS L.L.P.

                */s/ Christopher V. Popov*
                Christopher V. Popov
                State Bar No. 24032960
                1001 Fannin Street, Suite 2500
                Houston, Texas 77002-6760
                (713) 758-2636
                (713) 615-5033 (Facsimile)
                *cpopov@velaw.com*

                *Attorneys for the Plaintiffs Healix, Inc. and Healix Infusion Therapy, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing instrument was served on the following counsel on December 8, 2011 by electronic mail through the Court's ECF filing system:

>N. West Short
>WEST SHORT & ASSOCIATES, P.C.
>313 W. 10th Street
>Georgetown, Texas 78626
>512.864.3911
>512.864.3966 (Fax)
>west.short@westshortlawfirm.com
>
>*Counsel for the Defendants*

        */s/ Christopher V. Popov*
        Christopher V. Popov